# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT S. VARNER, | : |
| Plaintiff | : CIVIL ACTION NO. 3:11-2138 |
| v. | : (JUDGE MANNION) |
| MHS, Ltd. d/b/a Wear-Flex Slings, | : |
| Defendant | : |

## O R D E R

For the reasons set forth in the memorandum dated this same day, **IT IS HEREBY ORDERED THAT** defendant's summary judgment motion, (Doc. No. 20), is **GRANTED**. Judgment is entered for the defendant. The Clerk is directed to close the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: January 6, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2011 MEMORANDA\11-2138-01-order.wpd