**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ROBERT S. VARNER,** | : |
| Plaintiff | : CIVIL ACTION NO. 3:11-2138 |
| v | :     (JUDGE MANNION) |
| **MHS, Ltd. d/b/a Wear-Flex Slings** | : |
| Defendant | : |

# O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** defendant's motion for summary judgment, (Doc. 20), is **GRANTED IN PART** and **DENIED IN PART**. Summary judgment is **GRANTED** as to plaintiff's claims for design defect, failure to warn, and breach of the implied warranty of fitness for a particular purpose. Defendant's motion for summary judgment is **DENIED** as to plaintiff's claims for manufacturing defect and breach of the implied warranty of merchantability. A final pretrial conference will be held on **Thursday, April 24, 2014** at **2:30 PM** in Courtroom #3, William J. Nealon Federal Building and United States Courthouse, 235 North Washington Avenue, Scranton, PA. The **jury trial** will begin with jury selection on **Monday, May 19, 2014** at **9:30 AM** in the same location as noted above.

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 6, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2011 MEMORANDA\11-2138-02-order.wpd